**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 19-1748**

---

MY'KA EL,

                   Plaintiff - Appellant,

          v.

R. PRESTON, JR.; M. WILDE; CHARLOTTE MECKLENBURG POLICE
DEPARTMENT,

                   Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at
Charlotte.  Kenneth D. Bell, District Judge.  (3:19-cv-00090-KDB-DSC)

---

Submitted:  November 19, 2019                        Decided:  November 21, 2019

---

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

My'Ka El, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

My'Ka El seeks to appeal the district court's orders denying his motion for appointment of counsel and granting Defendant Wilde's motion for a stay pursuant to the Servicemember Civil Relief Act, 50 U.S.C.A. §§ 3901 to 4043 (West Supp. 2019). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders El seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*